AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br><br>JOSE LUIS RUIZ VILLALONA<br><br>*Defendant(s)* | )<br>)<br>)   Case No.<br>)<br>)            20-1415-DLC<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   October 17, 2020   in the county of   Essex   in the
_____ District of   Massachusetts  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C.§§ 841(a)(1) and (b)(1)(A)(vi) | Distribution of 400 grams or more of fentanyl |

This criminal complaint is based on these facts:
See attached affidavit of DEA Special Agent Adalberto Garcia.

☑ Continued on the attached sheet.

*Complainant's signature*

Adalberto Garcia, DEA Special Agent
*Printed name and title*

Sworn to by the complainant via telephone, in accordance with Fed. R. Crim. P. 4.1.

Date:   10/21/2020

*Judge's signature*

City and state:   Boston, Massachusetts   Hon. Donald L. Cabell, U.S. Magistrate Judge
*Printed name and title*